In the Matter of Lawrence Nkongho Etah, an Attorney, Appellant. Grievance Committee for the Tenth Judicial District, Respondent.

Submitted March 13, 2017; decided March 23, 2017

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of Jesse Friedman, Appellant, v Kathleen M. Rice, as Nassau County District Attorney, Respondent.

Submitted February 21, 2017; decided March 23, 2017

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge Wilson taking no part.

Amy Weissbrod Gurvey, Appellant, v State of New York et al., Respondents.

Decided March 23, 2017

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (see NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

Chief Judge DiFiore and Judge Abdus-Salaam taking no part.